**STATEMENT OF FACTS**

On August 29, 2013, members of the Metropolitan Police Department's, Narcotics Special Investigations Division's, Gun Recovery Unit executed a search warrant at defendant James Deese Jr.'s residence located at 1906 Rosedale Street, NE, Washington, D.C. When the officers knocked and announced at the front door they observed a black male wearing a white tank top, open a front bedroom window and drop a plastic bag that contained 63.6 grams of crack cocaine onto the roof of the porch below the bedroom window. Officers entered the residence and detained the defendant - - who was wearing a white tank top - - in the bedroom from which the crack had been thrown. Also recovered from the bedroom were numerous unused zip lock bags, razor blades and a scale and a measuring cup with white residue. The defendant was placed under arrest. A portion of the suspected crack cocaine field tested positive for cocaine base. The approximate weight of the narcotics recovered indicated that the narcotics were going to be sold to others rather than used exclusively by the defendant. The defendant gave a video statement admitting that the crack cocaine was his and he was the person that threw the crack out of the window.

_____
OFFICER JOHN REMICK-COOK
METROPOLITAN POLICE DEPARTMENT
NARCOTICS SPECIAL INVESTIGATIONS
DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF AUGUST, 2013.

_____
U.S. MAGISTRATE JUDGE